Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH AND WELFARE FUND, WESTERN GLAZIERS RETIREMENT TRUST FUND, and WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, <br><br> Plaintiffs / Judgment Creditors, <br><br> v. <br><br> PACIFIC NORTHWEST CONTRACTORS, INC., a Washington corporation, DANIEL A. JANKANISH and JANE DOE JANKANISH, husband and wife, and the marital community comprised thereof, STEVE COOPER and JANE DOE COOPER, husband and wife, and the marital community comprised thereof, <br><br> Defendants / Judgment Debtors, <br><br> and <br><br> LAW OFFICES OF TIMOTHY J. WARZECHA PLLC, <br><br> Garnishee. | Case No. 3:13-mc-5014-BHS <br><br> JUDGMENT ON ANSWER OF GARNISHEE LAW OFFICES OF TIMOTHY J. WARZECHA PLLC AND ORDER TO PAY |

## I. JUDGMENT SUMMARY

Judgment Creditors:   Employee Painters' Trust Health and Welfare Fund

Western Glaziers Retirement Trust Fund

Western Washington Apprenticeship and Training Trust

Judgment on
Answer of Garnishee Law Office of Timothy J.
Warzecha PLLC And Order to Pay
(Case No. 3:13-mc-5014-BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

1

| | |
|---|---|
| Garnishment Judgment Debtor: | Law Offices of Timothy J. Warzecha PLLC |
| Garnishment Judgment Amount: | $1,660.00 |
| Costs Judgment Debtors: | Daniel A. Jankanish |
| Costs Judgment Amount: | $428.22 |
| Attorney for Judgment Creditor: | Michael A. Urban, Esq.<br>Washington State Bar No. 20251<br>800 Bellevue Way NE, Suite 400<br>Bellevue, WA 98004<br>P. (425) 646-2394 / (702) 968-8087<br>F. (425) 462-5638 / (702) 968-8088<br>E-mail: murban@theurbanlawfirm.com |

## II. BASIS

IT APPEARING THAT Garnishee Law Offices of Timothy J. Warzecha PLLC was indebted to Defendant Daniel A. Jankanish in the non-exempt amount of $1,660.00; that at the time the Writ of Garnishment was issued, and as is noted on the answer, it is hereby

## III. ORDER

ORDERED as follows:

1. The Plaintiff Trust Funds are awarded judgment against Garnishee Law Offices of Timothy J. Warzecha PLLC in the amount of $1,660.00;

2. The Plaintiff Trust Funds are awarded judgment against Defendant in the amount of $428.22 for recoverable costs, as stated on the writ of garnishment and return of service; and

3. Garnishee Law Office of Timothy J. Warzecha PLLC shall pay its judgment to the Plaintiff Trust Funds' attorney through the registry of the Court and the Clerk of Court shall note receipt thereof and forthwith disburse such payment to Plaintiffs' attorney.

///

///

Judgment on
Answer of Garnishee Law Office of Timothy J.
Warzecha PLLC And Order to Pay
(Case No. 3:13-mc-5014-BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

2

1 | Garnishee is advised that failure to pay this judgment amount may result in execution of the
2 | judgment against it, including garnishment.

4 | Dated this ___ of _____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

8 | Submitted by:

9 | **THE URBAN LAW FIRM**

11 | _____/s/ Michael A. Urban_____
Michael A. Urban, Esq.
Washington State Bar No. 20251
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
E-mail: murban@theurbanlawfirm.com
*Attorney for Plaintiffs / Judgment Creditors*

Judgment on
Answer of Garnishee Law Office of Timothy J.
Warzecha PLLC And Order to Pay
(Case No. 3:13-mc-5014-BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

3